# UNITED STATES DISTRICT COURT
### for the
Western District of North Carolina

**RECEIVED**
**UNITED STATES MARSHAL**
**3:43 pm, Nov 18 2025**

**WESTERN NORTH CAROLINA**
**CHARLOTTE**

|  |  |
|---|---|
| United States of America<br>v.<br><br>Nevaeh Elizabeth Fox<br><br><br><br>Defendant | )<br>)  Case No.  5:25-cr-54-002<br>)<br>)<br>)<br>) |

FILED
Statesville
Dec 18 2025
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Nevaeh Elizabeth Fox                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count One - Violation of 21 U.S.C. § 846
Counts Two & Four - Violation of 21 U.S.C. § 841 (a)(1) and § 841 (b)(1)(A) and 18 U.S.C. § 2
Count Six - Violation of 18 U.S.C. § 924 (c)(1)(A)(i)

Date:  11/18/2025                                      _____
                                                                        *Issuing officer's signature*

City and state:    Charlotte, North Carolina                    Katherine Simon, Clerk of Court
                                                                                        *Printed name and title*

---

### Return

This warrant was received on *(date)*  11-18-25 , and the person was arrested on *(date)*  12-16-25
at *(city and state)*    Hickory, NC            .

Date:    12-16-25                                      _____
                                                                        *Arresting officer's signature*

                                                                J. Guess    ATF TFO
                                                                        *Printed name and title*