

ANTHONY G. SCHEER             AMANDA A. MINGO
ELI TIMBERG                   KATIE C. CLARY
HANNA HAMILTON           EBEN T. RAWLS "OF COUNSEL"

March 9, 2026

U.S. District Court
401 W. Trade Street, Room 1200
Charlotte, NC 28202

        Re: Designation of Secured Leave

To whom it may concern,

        *This writing serves as notice that I am unavailable on the following dates: Monday, July 6, 2026, through Friday, July 10, 2026*

(1) I am designating a secured leave for:
     Eli Timberg
     Attorney at Law
     NC Bar #48669
     2333 Randolph Road, Suite 100
     Charlotte, NC 28207
     Tel: 704-376-3200
     etimberg@rscmlaw.com

(2) The secured leave period will be:
        Monday, July 6, 2026 through Friday, July 10, 2026

(3) I have no designated prior requests for secured leave in 2026.

(4) The secured leave period is not being designated to delay, hinder, or interfere with the time disposition of any matter pending action or proceeding.

                  Sincerely,

                  *s/ Eli Timberg*

                  Eli Timberg
                  Bar #48669

2333 RANDOLPH ROAD, SUITE 100, CHARLOTTE, NORTH CAROLINA 28207
TELEPHONE 704-376-3200    FACSIMILE 704-332-2716    WEBSITE WWW.RSCMLAW.COM
Case 5:25-cr-00054-SCR-UMJ    Document 34    Filed 03/11/26    Page 1 of 1