**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | **UNOPPOSED** |
| **vs.** | ) | **MOTION TO CONTINUE** |
| | ) | **TRIAL CALENDAR CALL** |
| | ) | |
| | ) | **Docket No. 5:25-CR-54** |
| **NEVEAH ELIZABETH FOX,** | ) | |
| **Defendant.** | | |

_____

NOW COMES the defendant, Neveah Fox, and hereby moves the court to continue this matter off the May 11th trial calendar. In support of this Motion, the defendant offers the following:

1) On November 25, 2025, Ms. Fox was indicted and charged with drug and firearm offenses. She was arrested on December 16, 2025 and detained.

2) On January 12, 2026, after Ms. Fox signed a waiver of personal appearance, counsel entered a plea of not guilty and requested a jury trial.

3) On January 15, 2026, the Government provided the most recent tranche of discovery.

4) On January 23rd, counsel was appointed to represent Ms. Fox because she was found to be indigent and unable to pay attorney fees.

5) Defense counsel needs more time to review discovery with Ms. Fox.

6) In addition, the grand jury returned a superseding bill of indictment on March 17th. The defendant is scheduled to be arraigned on the new indictment on March 25th.

7) The parties are working diligently to move through this process.

8) The Government does not oppose the continuance.

WHEREFORE, the parties move the court to continue this matter off the May 11th trial calendar.

Respectfully submitted, this the 24th day of March, 2026.

_____
s/ANTHONY G. SCHEER
NC Bar # 19257
Attorney for the Defendant
Rawls, Scheer, Clary & Mingo, PLLC
2333 Randolph Road, Suite 100
Charlotte, North Carolina 28207
704-376-3200 (office)
704-332-2716 (fax)
tscheer@rscmlaw.com


_____
s/ELI SEVICK TIMBERG
NC Bar # 48669
Attorney for the Defendant
Rawls, Scheer, Clary & Mingo, PLLC
1011 East Morehead Street, Suite 300
Charlotte, North Carolina 28204
704-376-3200 (office)
704-332-2716 (fax)
etimberg@rscmlaw.com