# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 5:25-cr-00054-SCR |
| | ) | |
| v. | ) | |
| | ) | |
| NEVAEH ELIZABETH FOX, | ) | NOTICE OF APPEARANCE |
| | ) | |
| Defendant. | ) | |

**COMES NOW**, the Defendant, Nevaeh Elizabeth Fox ("Miss Fox"), by and through Attorney Sarah A. Mink, and hereby notices her appearance in the above-captioned case as second chair counsel.

Respectfully submitted this the 24th day of June 2026.

/s/ Sarah A. Mink
Sarah A. Mink (NC: 61013)
FLANNERY | GEORGALIS, LLC
227 West Trade Street, Suite 950
Charlotte, NC 28202
(704) 333-8440
smink@flannerygeorgalis.com

*Counsel for Defendant Nevaeh E. Fox*

1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court for the United States District Court, Western District of North Carolina, using the CM/ECF system, which will electronically notify all counsel of record who have consented to accept service by electronic means, including:

**William Wiseman**
US Attorney's Office
Western District of North Carolina
227 Trade Street, Ste 1650
Charlotte, NC 28202
704-267-4627
william.wiseman@usdoj.gov

This the 24th day of June 2026.

*/s/ Sarah A. Mink*
Sarah A. Mink (NC: 61013)
FLANNERY | GEORGALIS, LLC
227 West Trade Street, Suite 950
Charlotte, NC 28202
(704) 333-8440
smink@flannerygeorgalis.com

*Counsel for Defendant Nevaeh E. Fox*