**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **MOTION TO WITHDRAW** |
| **vs.** | ) | |
| | ) | |
| | ) | **Docket No. 5:25-CR-54** |
| **NEVAEH FOX,** | ) | |
| **Defendant.** | ) | |

Undersigned counsel Anthony Scheer, with the consent of Defendant Nevaeh Fox respectfully moves this Honorable Court for an order allowing his withdrawal as counsel for the Defendant in this matter.

In support of this motion, undersigned counsel shows unto the Court as follows:

1. Undersigned counsel was appointed to represent the defendant on January 12, 2026. As of June 23, 2026, defendant has retained new counsel to represent her further in this case.

2. Defendant Nevaeh Fox consents to this Motion.

Respectfully submitted, this the 25th day of June 2026.

_____

s/Anthony G. Scheer
NC Bar # 19257
Rawls, Scheer, Clary & Mingo, PLLC
2333 Randolph Road, Suite 100
Charlotte, North Carolina 28207
704-376-3200 (office)
704-332-2716 (fax)
tscheer@rsfmlaw.com